# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MIGUEL ANGEL CRUZ-VIVEROS

**MAGISTRATE JUDGE COX**

**CRIMINAL COMPLAINT**

CASE NUMBER: **08CR 286**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about April 3, 2008, at DuPage County, Illinois, in the Northern District of Illinois, Eastern Division, MIGUEL ANGEL CRUZ-VIVEROS, defendant herein,

> for the purpose of private financial gain, knowing and in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, did transport and move such aliens, namely ten Mexican nationals, within the United States by means of transportation and otherwise, in furtherance of such violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i);

I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Andrea Huttenlocker
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

April 9, 2008      10:43 am        at   Chicago, Illinois
Date                                    City and State

HON. SUSAN COX, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

FILED
4-9-08
APR - 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| COUNTY OF COOK | ) |
| | ) |
| STATE OF ILLINOIS | ) |

## AFFIDAVIT

I, Andrea Huttenlocker, Special Agent, Department of Homeland Security, Immigration and Customs Enforcement, being first duly sworn, hereby depose and state:

### INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been so employed for eight months. Prior to that, I was an Inspector for the Immigration and Naturalization Service and a Customs and Border Protection Officer for the Department of Homeland Security for approximately 5 ½ years.

2. As a Special Agent with ICE, I am assigned to investigate violations of immigration laws, including offenses under 8 U.S.C. §§ 1324-26.

3. This affidavit is based on my own personal knowledge, my review of records, and information provided to me by other law-enforcement personnel. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint. As such, I have not included each and every fact known to me concerning the individuals and offenses described herein.

### INVESTIGATION

4. On April 3, 2008, Illinois State Police ("ISP") officials were conducting safety seat belt checks at the Midwest toll plaza on Interstate 88, in DuPage County, Illinois. ISP stopped a 2001 red Dodge van bearing Arizona plates, after noticing that the driver

appeared to be hiding a female passenger on the floor. ISP alerted ICE agents to the scene.

5. There were 11 individuals in the van: the driver and 10 passengers. ICE agents determined that the individuals were nationals and citizens of Mexico who had entered the United States illegally. ICE agents interviewed eight of the passengers, and several of them reported, in summary and in part, that the driver knew that they were illegal immigrants and that he had told them that if they were questioned they should say that they were friends coming to work in Chicago. Several of the passengers stated, in summary and in part, that they had paid or were going to pay various amounts ranging from $400 to $2500 for their transportation. One of the passengers stated, in summary and in part, that he was to pay the driver $400 upon arrival in Illinois. One of the passengers stated, in summary and in part, that she was to pay the driver $1300 upon arrival in Chicago. The passengers reported that the destinations they had negotiated with the driver included Illinois, Pennsylvania, New Jersey, and North Carolina.

6. Law-enforcement officers identified the driver of the van as Miguel Angel CRUZ-VIVEROS. After ICE agents provided CRUZ-VIVEROS with a form listing his rights in Spanish, CRUZ-VIVEROS indicated that he understood his rights and agreed to be interviewed by ICE agents. CRUZ-VIVEROS stated, in summary and in part, that he knew the 10 passengers were illegal aliens and that he told the passengers to say that they knew each other and that they were going to Chicago to work so that he would not get into trouble.

7.  Based on the above, I respectfully submit that there is probable cause to believe that Miguel Angel CRUZ-VIVEROS violated Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

FURTHER AFFIANT SAYETH NOT

_____
Andrea Huttenlocker, Special Agent
DHS-Immigration and Customs Enforcement

Subscribed and sworn to before me this 9th day of April, 2008.

_____
Honorable Susan E. Cox
U.S. Magistrate Judge