## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant was taken into administrative custody by the Bureau of Immigration and Customs Enforcement on 4/3/08. Defendant informed of his rights. John L. Sullivan of the Federal Defender Program is appointed as counsel for Defendant. Preliminary examination and detention hearing set in open court for 4/14/08 at 10:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|