# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Preliminary examination held. Enter a finding of probable cause; Order Defendant bound to the District Court for further proceedings. Defendant waives detention hearing. Defendant to remain in custody pending further order of court.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | VKD |
|---|---|---|