**FILED**

**APR 1 5 2008** TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 286 |
| ) | |
| v. ) | Violations: Title 8, United States |
| ) | Code, Sections 1324(a)(1)(A)(ii) |
| ) | and 1324(a)(1)(B)(i) |
| MIGUEL ANGEL CRUZ-VIVEROS, ) | |
| ) | **JUDGE GOTTSCHALL** |
| ) | **MAGISTRATE JUDGE COX** |

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about April 3, 2008, at Oakbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

MIGUEL ANGEL CRUZ-VIVEROS

defendant herein, for the purpose of private financial gain, knowing and in reckless disregard of the fact that certain aliens had come to, entered, or remained in the United States in violation of law, did transport and move such aliens, namely ten Mexican nationals, within the United States by means of transportation and otherwise, in furtherance of such violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY