

**08 CR  286**   **FELONY**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE GOTTSCHALL**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE COX**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐  YES ☑  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08CR 286, US v Cruz-Viveros, Cox

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☑   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☑   YES ☐

6) What level of offense is this indictment or information?   FELONY ☑   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☑   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☑   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)              ☐ Income Tax Fraud ......... (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)           ☐ Postal Fraud ............ (II)          ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery .......... (II)            ☐ Other Fraud ............ (III)          ☑ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)           ☐ Auto Theft ............ (IV)           ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)             ☐ Transporting Forged Securities . (III)   ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .............. (III)            ☐ Forgery ............ (III)              ☐ Motor Carrier Act ......... (IV)
   ☐ Burglary ............ (IV)              ☐ Counterfeiting ............ (III)       ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)            ☐ Sex Offenses ............ (II)          ☐ Obscene Mail ............ (III)
   ☐ Postal Embezzlement .... (IV)           ☐ DAPCA Marijuana ......... (III)         ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement ..... (III)          ☐ DAPCA Narcotics ......... (III)         ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    8 USC 1324

**FILED**
APR 15 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Assistant United States Attorney