08 GJ 436

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | | Maria Valdez |
|---|---|---|---|---|
| CASE NUMBER | 08 CR 0286 | DATE | | APRIL 14, 2008 |
| CASE TITLE | US v. MIGUEL ANGEL CRUZ-VIVEROS | | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3 rd - party plaintiff, and (b) state one(ly) the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ *Maria Valdez* _____

Docket Entry:

TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142. THE DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.

JUDGE GOTTSCHALL

MAGISTRATE JUDGE COX

FILED

APR 1 5 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____     (ONLY IF FILED
OR MAGISTRATE JUDGE                        UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing | |
| | Notices mailed by judge's staff. | | | dpty. initials | |
| | Notified counsel by telephone. | | | Date mailed | |
| | Docketing to mail notices | | | notice | |
| | Mail AO 450 form. | | | Mailing | |
| | Copy to judge/magistrate judge. | | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |