UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

**EMERGENCY MOTION FOR MATERIAL WITNESS WARRANTS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to issue seven material witness warrants, pursuant to Title 18, United States Code, Section 3144, for material witnesses in the investigation of defendant Miguel Angel Cruz-Viveros's violation of Title 8, United States Code, Section 1324. In support of this motion, the government incorporates the attached affidavit of Assistant United States Attorney Shoshana L. Gillers. Proposed material witness warrants and a proposed order are also attached to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Shoshana L. Gillers
SHOSHANA L. GILLERS
Assistant United States Attorney
(312) 353-5300

Dated: April 17, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on April 17, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**GOVERNMENT'S EMERGENCY MOTION FOR MATERIAL WITNESS WARRANTS**

were served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Shoshana L. Gillers
SHOSHANA L. GILLERS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-5300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

## WARRANT FOR ARREST OF WITNESS

To:　United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Gregoria Tochihuitl-Ramos (DOB 11/17/1965, A077657704) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 286 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Rafael Martinez-Gonzalez (DOB 10/27/1980, A077657703) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Jose Amado Aquino-Ramos (DOB 07/30/1985, A077657707) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Edgar Rangel-Chimal (DOB 06/03/1985, A077657701) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Sergio Miranda-Valdez (DOB 10/07/1974, A077657938) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 286 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Alejandro Martinez-Hernandez (DOB 01/14/1983, A077657702) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 286 |
| v. | ) | |
| | ) | Hon. Joan B. Gottschall |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Antonio Martinez-Hernandez (DOB 01/14/1983, A077657706) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Joan B. Gottschall, United States District Judge, Northern District of Illinois, this __ day of April, 2008.

_____
Clerk