UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 08 CR 286 |
| ) | |
| MIGUEL ANGEL CRUZ-VIVEROS ) | Hon. Joan B. Gottschall |
| ) | |

## NOTICE OF MOTION

To:   John Sullivan
      790 Greenbay Road
      Winnetka, IL 60093

     PLEASE TAKE NOTICE that on Thursdsay, April 17, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Gottschall in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present GOVERNMENT'S EMERGENCY MOTION FOR MATERIAL WITNESS WARRANTS.

           ___/s/ Shoshana L. Gillers_____
           SHOSHANA L. GILLERS
           Assistant United States Attorney
           219 South Dearborn Street - 5000
           Chicago, Illinois 60604
           (312) 353-5300