# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                Case No.: 1:08−cr−00286
                                                Honorable Joan B. Gottschall

Miguel Angel Cruz−Viveros

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Joan B. Gottschall: as to Miguel Angel Cruz−Viveros, ( Arraignment set for 4/23/2008 at 10:00 AM.) The matter is referred to Magistrate Judge Cox for arraignment and/or detention hearings as to material witnesses. Time is excluded through 4/23/2008 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.