## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/17/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's emergency motion for material witness warrants [8] is granted. Enter Order. It is hereby ordered that the Government's Motion is granted, and the material witness warrants shall be issued.

■ [ For further details see attached order(s).]　　　　　　　Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|