UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   08 CR 286 |
| v. | ) | |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | Judge Gottschall |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Shoshana L. Gillers is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By: s/Stephen P. Baker
       Stephen P. Baker
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-1598

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Withdraw and Substitution of Counsel was served on counsel to the defendant.

By: Stephen P. Baker
STEPHEN P. BAKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1598