Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Initial appearance held as to material witness Alejandro Martinez-Hernandez. Witness appears in response to being taken into the custody of the Bureau of Immigration and Customs Enforcement on 4/3/08 and warrant. Witness informed of his rights. James Graham of the Federal Defender Program is appointed as counsel for the witness. Witness waives detention hearing. Witness to remain in custody of the U.S. Marshal's Service as a risk of flight until the Rule 15 deposition is completed and the material witness warrant is quashed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | VKD |
|---|---|---|