# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Initial appearance held as to material witness Rafael Martinez-Gonzalez. Witness appears in response to being taken into the custody of the Bureau of Immigration and Customs Enforcement on 4/3/08 and warrant. Witness informed of his rights. James McGurk is appointed to represent the witness. Witness waives detention hearing. Witness to remain in custody of the U.S. Marshal's Service as a risk of flight until the Rule 15 deposition is completed and the material witness warrant is quashed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

08CR286 - 1 USA vs. Miguel Angel Cruz-Viveros　　　　Page 1 of 1