UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

APR 22 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

FILED
APR 22 2008

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of         Case 08 cr 286

USA v.                   08 cr 286

Cruz-Viveros

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Antonio Martinez Hernandez

| SIGNATURE s/ [signature] | Michael J. Petro |
|---|---|
| FIRM Petro & Associates | |
| STREET ADDRESS 53 W. Jackson #324 | |
| CITY/STATE/ZIP Chicago IL 60604 | |
| ID NUMBER 6200721 | TELEPHONE NUMBER 312-913-111 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒