**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES OF AMERICA
v.
Cruz Viversos

Case Number: 08 CR 286

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDGAR RANGEL CHIMEL

| | |
|---|---|
| NAME (Type or print) | |
| Carl P. Clavelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Carl P. Clavelli | |
| FIRM | |
| Independent | |
| STREET ADDRESS | |
| 321 S. Plymouth Ct. Suite 1500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0456411 | 312-922-5460 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |

FILED
APR 22 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT