**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

APR 22 2008 FILED
APR 22 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

In the Matter of    Case Number: 08 CR 286

United States of America vs. Miguel Angel Cruz-Viveros

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alejandro Martinez-Hernandez (MATERIAL WITNESS)

| | |
|---|---|
| NAME (Type or print) <br> James A. Graham | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James A. Graham | |
| FIRM <br> Law Office of James A. Graham | |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Ste 703 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6184279 | TELEPHONE NUMBER <br> 312 922-3777 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |