# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|

UNITED STATES vs. _____

Miguel Angel Cruz-Viveros

FOR NORTHERN DISTRICT
AT CHICAGO, ILLINOIS

APR 22 2008  APR 22 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

LOCATION NUMBER: ILNCC

**PERSON REPRESENTED (Show your full name)**

Alejandro Martinez-Hernandez

DOCKET NUMBERS

Magistrate: O8cr 286

District Court: 08 CR 286

Court of Appeals:

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other (Specify) _____

**CHARGE/OFFENSE (describe if applicable & check box → )**
☒ Felony  ☐ Misdemeanor

Title 8 U.S.C. 1324(a)(1)(ii)
transport of illegal nationals for profit

## ASSETS

### EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $_____

IF NO, give month and year of last employment
How much did you earn per month $_____

If married is your Spouse employed? ☒ Yes ☐ No

IF YES, how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

RECEIVED month  300 a month  SOURCES  Metals Work

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $_____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $ 0    DESCRIPTION

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
☒ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them
wife
1 child (1/2)

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | Mother | $ — | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

X Alesandro Martinez HK    4/22/08

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.