**FILED** 4-22-08
APR 22 2008

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL

IN THE CASE OF: USA v.s. Cruz-Viveros

LOCATION NUMBER: ▶

PERSON REPRESENTED (Show your full name): Antonio Martinez Hernandez

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 286
Court of Appeals:

CHARGE/OFFENSE: Bringing in and Harboring aliens   ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ -0-
IF NO, give month and year of last employment. How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: 0   SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE: ____   DESCRIPTION: ____

**MARITAL STATUS**
___ SINGLE
_X_ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

DEPENDENTS: ____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

∅ lives with parents in Mexico

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 4/22/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Antonio Martinez Hernandez