# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. CRUZ-VIVEROS

FOR / AT: FILED 4-22-08 / APR 22 2008 / MAGISTRATE JUDGE SUSAN E. COX / UNITED STATES DISTRICT COURT

LOCATION NUMBER: [blank]

PERSON REPRESENTED (Show your full name): RAFAEL MARTINEZ-GONZALEZ

1 [ ] Defendant–Adult
2 [ ] Defendant–Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [X] Material Witness
9 [ ] Other (Specify)

DOCKET NUMBERS:
- Magistrate: [blank]
- District Court: 08 CR 286
- Court of Appeals: [blank]

CHARGE/OFFENSE (describe if applicable & check box): [ ] Felony [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? [ ] Yes [X] No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking account? [X] Yes [ ] No IF YES, state total amount $ 100.00+

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: [X] MARRIED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | | $ | 1000 PESOS ($100.00+) |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 04/22/2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Rafael M-G