Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 - 1 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held.  Oral motion by Government to amend Indictment on it's face to delete "for the purpose of private financial gain" is granted.  Defendant enters plea of guilty to Indictment.  Finding of guilty entered.  Oral motion by Defendant's counsel to waive preparation of presentence investigation report is granted.  Sentencing position papers are due by 4/28/2008 which must include defendant's identifying information for preparation of Judgment and Comittment Order.  Courtesy copy must be delivered to Chambers no later than 4:00PM on 4/28/2008.  Oral motion by Government to quash material witness warrants is granted.  Government to submit order to Chambers for signature.  Sentencing is set for 4/30/2008 at 4:00PM.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RJ |
|---|---|---|