MHN

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

| United States of America | MATERIAL WITNESS WARRANT FOR ARREST |
|---|---|
| v. | Case Number: 08 CR 286 |
| Miguel Angel Cruz-Viveros | |

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gregoria Tochihuitl-Ramos and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   Information   Complaint   (Order of court)   Violation Notice   Probation Violation Petition

charging him or her with:

in violation of Title: 18 United States Code, Section(s): 3144 for material witness.

Laura Springer
Name of Issuing Officer

*signature*
Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

April 18, 2008   CHICAGO, ILLINOIS
Date and Location

**FILED**
APR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 4/18/08 | K. Robinson - DUSM | *signature* |
| Date of Arrest | | |
| 4/22/08 | | |