AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Miguel Angel Cruz-Viveros

MATERIAL WITNESS WARRANT FOR ARREST

Case Number: 08 CR 286

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Edgar Rangel-Chimal and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    (Order of court)    Violation Notice    Probation Violation Petition

charging him or her with:

in violation of Title: 18 United States Code, Section(s): 3144 for material witness.

Laura Springer
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

April 18, 2008  CHICAGO, ILLINOIS
Date and Location

**FILED**

APR 2 5 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 4/18/08 | K. Robinson - DUSM | *(signature)* |
| Date of Arrest 4/22/08 | | |