*MHW*

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

### Northern District of Illinois
### Eastern Division

United States of America

**MATERIAL WITNESS WARRANT FOR ARREST**

v.

Miguel Angel Cruz-Viveros

Case Number:  08 CR 286

To: The United States Marshal
    And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Rafael Martinez-Gonzalez and bring him or her forthwith to the

nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    (Order of court)    Violation Notice    Probation Violation Petition

charging him or her with:

in violation of Title:  18  United States Code, Section(s): 3144 for material witness .

# FILED

Laura Springer

Name of Issuing Officer

*Laura Springer*

Signature of Issuing Officer

U.S. DEPUTY CLERK

Title of Issuing Officer

April 18, 2008  CHICAGO, ILLINOIS

Date and Location

**APR 2 5 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received<br>4/18/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest<br>4/22/08 | *G. Robinson — DUSM* | |