MHN

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America　　　　　　　MATERIAL WITNESS WARRANT FOR ARREST

v.　　　　　　　　　　　　　　　　Case Number: 08 CR 286
Miguel Angel Cruz-Viveros

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Sergio Miranda-Valdez and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment　Information　Complaint　(Order of court)　Violation Notice　Probation Violation Petition
charging him or her with:

**FILED**

in violation of Title: 18 United States Code, Section(s): 3144 for material witness.

APR 2 5 2008

Laura Springer　　　　　　　　　　　U.S. DEPUTY CLERK
Name of Issuing Officer　　　　　　　Title of Issuing Officer

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

*Laura Springer* (signature)
Signature of Issuing Officer

April 18, 2008　CHICAGO, ILLINOIS
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 4/16/08 | K. Robinson-DUSM | (signature) |
| Date of Arrest 4/22/08 | | |