# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Enter Order. It is hereby ordered that the Government's Motion to quash material witness warrants is granted as to individuals indicated on order. Said material witnesses shall be returned to the custody of the Bureau of Immigration and Customs Enforcement forthwith.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|