UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Honorable Joan Gottschall |
| | ) | |
| MIGUEL ANGEL CRUZ-VIVEROS | ) | No. 08 CR 286 |
| | ) | |

## ORDER

The Government's motion to quash material witness warrants is granted as to the following individuals:

| **NAME** | **DATE OF BIRTH** | **ALIEN NUMBER** |
|---|---|---|
| Antonio Martinez-Hernandez | | |
| Alejandro Martinez-Hernandez | | |
| Jose Amado Aquino-Ramos | | |
| Sergio Miranda-Valdez | | |
| Edgar Tomas Rangel-Chimal | | |
| Rafael Martinez-Gonzalez | | |
| Gregoria Tochihuitl-Ramos | | |

Said material witnesses shall be returned to the custody of the Bureau of Immigration and Customs Enforcement forthwith.

Date: April 18, 2008

Hon. Joan B. Gottshall
United States District Court
Northern District of Illinois