## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 286 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Miguel Angel Cruz-Viveros | | |

**DOCKET ENTRY TEXT**

Enter Order. It is hereby ordered that the Government's Motion is granted, and the material witness warrants shall be issued *nunc pro tunc* 4/21/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|