UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIGUEL ANGEL CRUZ-VIVEROS ) | 08 CR 286<br><br>Hon. Joan B. Gottschall |

## ORDER

This matter coming before the Court on the Government's Emergency Motion for Material Witness Warrants,

IT IS HEREBY ORDERED that the Government's Motion is granted, and the material witness warrants shall be issued.

_____
Honorable Joan B. Gottschall
United States District Court

DATED: 4/28/08
nunc pro tunc
~~4/28~~ 4/21/08